UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARRELL F. EWING, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERIANA BANCORP,<br>JEROME J. GASSEN,<br>JENNIFER P. BOTT,<br>MICHAEL E. BOSWAY,<br>R. SCOTT HAYES,<br>MICHAEL E. KENT,<br>DONALD C. DANIELSON,<br>CHARLES R. HAYWOOD,<br>MICHAEL W. WELLS,<br>RICHARD E. HENNESSEY,<br>WILLIAM F. MCCONNELL, JR.,<br>RONALD R. PRITZKE, and<br>FIRST MERCHANTS CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:15-cv-01491-LJM-DKL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING JOINT MOTION TO DISMISS
AMENDED COMPLAINT WITH PREJUDICE**

COMES NOW the Court, the Parties having filed their Joint Motion to Dismiss Amended Complaint With Prejudice, and the Court having considered the Motion and being duly advised in the premises, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Amended Complaint is dismissed, with prejudice, and that all parties shall bear their own costs.

SO ORDERED this __3rd__ day of __December__, 2015.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

**Distribution to counsel of record via the Court's ECF system.**